UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES DAVID RODRIGUEZ,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

Case No.: 12-cv-00479

**OFFER OF JUDGMENT**

TO:    James David Rodriguez, (hereinafter "Plaintiff"), by and through Plaintiff's attorney, Craig Thor Kimmel, Esq., Kimmel & Silverman, P. C.

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc., (hereinafter "NCO") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1. Judgment shall be entered against NCO for damages in the total amount of One Thousand and 00/100 Dollars ($1,000) for damages incurred by Plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*

2. In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of service of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3. The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NCO, said judgment shall have no effect whatsoever except in settlement of those claims;

4. This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NCO is liable in this

1

action, or that Plaintiff has suffered any damage;

5. In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay Plaintiff's costs incurred after making this Offer, as well as the costs of NCO as allowed by the law of this Circuit.

DATED this 2nd day of April 2012.

ACCEPTED: _____
James D. Rodriguez

DATE OF ACCEPTANCE: 4/11/12

/s/ Ross S. Enders
Ross S. Enders, Esq.
PA Bar No. 89840
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, New Jersey 08822-5736
Telephone: (908) 751-5941
Facsimile: (908) 751-5944
E-Mail: renders@sessions-law.biz
Attorney for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2012, a true and correct copy of **Defendant, NCO Financial Systems, Inc.'s, Offer of Judgment** was served via fax and regular U.S. Mail on the following:

Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone 215-540-8888

/s/ Ross S. Enders
Ross S. Enders, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

\\sfhfs02\prolawdocs\6947\6947-28862\Rodriguez, James David\734052.doc